# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FAN ZHANG, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>GROUPON, INC., ANDREW D. MASON, JASON E. CHILD, JOSEPH M. DEL PRETO, ERIC P. LEFKOFSKY, THEODORE J. LEONSIS, PETER J. BARRIS, KEVIN J. EFRUSY, MELLODY HOBSON, BRADLEY A. KEYWELL, HOWARD SCHULTZ, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., CREDIT SUISSE SECURITIES (USA) LLC, ALLEN & COMPANY LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., J.P. MORGAN SECURITIES LLC, WELLS FARGO SECURITIES, LLC, WILLIAM BLAIR & COMPANY L.L.C., LOOP CAPITAL MARKETS, INC., RBC CAPITAL MARKETS LLC and THE WILLIAMS CAPITAL GROUP, L.P.,<br><br>                    Defendants. | **No. 1:12 CV 2450**<br><br>CLASS ACTION<br><br>Judge Charles R. Norgle, Sr. |
| KATHLEEN ROSELLI, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>GROUPON, INC., ERIC P. LEFKOFSKY, ANDREW D. MASON, JASON E. CHILD, KEVIN EFRUSY, THEODORE J. LEONSIS, HOWARD SCHULTZ, JOSEPH M. DEL PRETO, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., and CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                    Defendants. | **No. 1:12 CV 2460**<br><br>CLASS ACTION<br><br>Judge Charles R. Norgle, Sr. |

| | |
|---|---|
| DENNIS EINSPAHR, Individually and On Behalf of All Others Similarly Situated, | ) ) ) **No. 1:12 CV 2547** |
| Plaintiff, | ) ) ) CLASS ACTION |
| v. | ) ) ) Judge Charles R. Norgle, Sr. |
| GROUPON, INC., JASON E. CHILD, JOSEPH M. DEL PRETO, ANDREW D. MASON, ERIC P. LEFKOFSKY, PETER J. BARRIS, KEVIN J. EFRUSY, MELLODY HOBSON, BRADLEY A. KEYWELL, THEODORE J. LEONSIS, HOWARD SCHULTZ, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., CREDIT SUISSE SECURITIES (USA) LLC, ALLEN & COMPANY LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., J.P. MORGAN SECURITIES LLC, WELLS FARGO SECURITIES, LLC, WILLIAM BLAIR & COMPANY L.L.C., LOOP CAPITAL MARKETS, INC., RBC CAPITAL MARKETS LLC and THE WILLIAMS CAPITAL GROUP, L.P., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |
| JOHN PEDROW, Individually and On Behalf of All Others Similarly Situated, | ) ) ) **No. 1:12 CV 2791** |
| Plaintiff, | ) ) ) CLASS ACTION |
| v. | ) ) ) Judge Charles R. Norgle, Sr. |
| GROUPON, INC., ANDREW D. MASON, JASON E. CHILD, JOSEPH M. DEL PRETO, ERIC P. LEFKOFSKY, THEODORE J. LEONSIS, PETER J. BARRIS, KEVIN J. EFRUSY, MELLODY HOBSON, BRADLEY A. KEYWELL, HOWARD SCHULTZ, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., CREDIT SUISSE SECURITIES (USA) LLC, ALLEN & COMPANY LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL | ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., J.P. MORGAN SECURITIES LLC, WELLS FARGO SECURITIES, LLC, WILLIAM BLAIR & COMPANY L.L.C., LOOP CAPITAL MARKETS, INC., RBC CAPITAL MARKETS LLC and THE WILLIAMS CAPITAL GROUP, L.P.,<br><br>                                  Defendants. | |
| JOHN H. COTTRELL, Individually and On Behalf of All Others Similarly Situated,<br><br>                                  Plaintiff,<br><br>v.<br><br>GROUPON, INC., ANDREW D. MASON, JASON E. CHILD, JOSEPH M. DEL PRETO, ERIC P. LEFKOFSKY, THEODORE J. LEONSIS, PETER J. BARRIS, KEVIN J. EFRUSY, MELLODY HOBSON, BRADLEY A. KEYWELL, HOWARD SCHULTZ, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., CREDIT SUISSE SECURITIES (USA) LLC, ALLEN & COMPANY LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., J.P. MORGAN SECURITIES LLC, WELLS FARGO SECURITIES, LLC, WILLIAM BLAIR & COMPANY L.L.C., LOOP CAPITAL MARKETS, INC., RBC CAPITAL MARKETS LLC and THE WILLIAMS CAPITAL GROUP, L.P.,<br><br>                                  Defendants. | **No. 1:12 CV 3129**<br><br>CLASS ACTION<br><br>Judge Charles R. Norgle, Sr. |

**NOTICE OF PRESENTMENT OF THE MOTION BY
MICHAEL CARTER COHN FOR CONSOLIDATION, APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

PLEASE TAKE NOTICE THAT on Friday, June 15, 2012 at 10:30 a.m., or as soon thereafter as counsel may be heard, counsel for Michael Carter Cohn ("Cohn"), shall appear before the Honorable Charles R. Norgle, Sr. or any judge sitting in his stead, in Courtroom 2341 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, and there and then present Cohn's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Counsel, a copy of which is served upon you.

Dated:   June 4, 2012
         Chicago, Illinois

    Respectfully submitted,

**POMERANTZ HAUDEK
  GROSSMAN & GROSS LLP**

/s/ Patrick V. Dahlstrom
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

**POMERANTZ HAUDEK
  GROSSMAN & GROSS LLP**
Marc I. Gross
Jeremy A. Lieberman
100 Park Avenue
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

**Counsel for Movant and Proposed
Lead Counsel for the Class**

1