**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FAN ZHANG, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>GROUPON, INC., ANDREW D. MASON, JASON E. CHILD, JOSEPH M. DEL PRETO, ERIC P. LEFKOFSKY, THEODORE J. LEONSIS, PETER J. BARRIS, KEVIN J. EFRUSY, MELLODY HOBSON, BRADLEY A. KEYWELL, HOWARD SCHULTZ, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., CREDIT SUISSE SECURITIES (USA) LLC, ALLEN & COMPANY LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., J.P. MORGAN SECURITIES LLC, WELLS FARGO SECURITIES, LLC, WILLIAM BLAIR & COMPANY L.L.C., LOOP CAPITAL MARKETS, INC., RBC CAPITAL MARKETS LLC and THE WILLIAMS CAPITAL GROUP, L.P.,<br><br>       Defendants. | Case No. 12-cv-02450<br><br>Honorable Charles R. Norgle, Sr. |

[Caption continued]

**NOTICE OF MOTION OF GUS SEKAS
FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

| | |
|---|---|
| KATHLEEN ROSELLI, Individually And On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>    vs.<br><br>GROUPON, INC., ERIC P. LEFKOFSKY, ANDREW D. MASON, JASON CHILD, KEVIN EFRUSY, THEODORE J. LEONSIS, HOWARD SCHULTZ, JOSEPH M. DEL PRETO, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                  Defendants. | Case No. 12-cv-02460<br><br>Honorable Charles R. Norgle, Sr. |
| DENNIS EINSPAHR, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>    vs.<br><br>GROUPON, INC., JASON E. CHILD, JOSEPH M. DEL PRETO, ANDREW D. MASON, ERIC P. LEFKOFSKY, PETER J. BARRIS, KEVIN J. EFRUSY, MELLODY HOBSON, BRADLEY A. KEYWELL, THEODORE J. LEONSIS, HOWARD SCHULTZ, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., CREDIT SUISSE SECURITIES (USA) LLC, ALLEN & COMPANY LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., J.P. MORGAN SECURITIES LLC, WELLS FARGO SECURITIES, LLC, WILLIAM BLAIR & COMPANY LLC., LOOP CAPITAL MARKETS, INC., RBC CAPITAL MARKETS LLC and THE WILLIAMS CAPITAL GROUP, L.P.,<br><br>                  Defendants. | Case No. 12-cv-02547<br><br>Honorable Charles R. Norgle, Sr. |

| | |
|---|---|
| JOHN PEDROW, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>GROUPON, INC., ANDREW D. MASON, JASON E. CHILD, JOSEPH M. DEL PRETO, ERIC P. LEFKOFSKY, THEODORE J. LEONSIS, PETER J. NARRIS, KEVIN J. EFRUSY, MELLODY HOBSON, BRADLEY A. KEYWELL, HOWARD SCHULTZ, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., CREDIT SUISSE SECURITIES (USA) LLC, ALLEN & COMPANY LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., J.P. MORGAN SECURITIES LLC, WELLS FARGO SECURITIES, LLC, WILLIAM BLAIR & COMPANY L.L.C., LOOP CAPITAL MARKETS, INC., RBC CAPITAL MARKETS LLC and THE WILLIAMS CAPITAL GROUP, L.P.,<br><br>      Defendants. | Case No. 12-cv-02791<br><br>Honorable Charles R. Norgle, Sr. |
| JOHN H. COTTRELL, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>GROUPON, INC., ANDREW D. MASON, JASON E. CHILD, JOSEPH M. DEL PRETO, ERIC P. LEFKOFSKY, THEODORE J. LEONSIS, PETER J. NARRIS, KEVIN J. EFRUSY, MELLODY HOBSON, BRADLEY A. KEYWELL, HOWARD SCHULTZ, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., CREDIT SUISSE SECURITIES (USA) | Case No. 12-cv-03129<br><br>Honorable Charles R. Norgle, Sr. |

| | |
|---|---|
| LLC, ALLEN & COMPANY LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., J.P. MORGAN SECURITIES LLC, WELLS FARGO SECURITIES, LLC, WILLIAM BLAIR & COMPANY L.L.C., LOOP CAPITAL MARKETS, INC., RBC CAPITAL MARKETS LLC and THE WILLIAMS CAPITAL GROUP, L.P., | |
| | Defendants. |

**PLEASE TAKE NOTICE** that on June 8, 2012, at 10:30.m., or as soon thereafter as counsel may be heard, Movant Gus Sekas, by his undersigned counsel, shall appear before the Honorable Charles R. Norgle Sr. or any Judge sitting in his stead, in the Courtroom 2341 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present Motion of Movant Gus Sekas for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel, a copy of which is attached and hereby served upon you.

Dated:  June 4, 2012                              Respectfully submitted,

                                                  *s/ Norman Rifkind*

                                                  **LASKY & RIFKIND, LTD**
                                                  Norman Rifkind
                                                  Amelia S. Newton
                                                  Heidi VonderHeide
                                                  351 W Hubbard Street, Suite 401
                                                  Chicago, IL 60654
                                                  Telephone: (312) 634-0057

                                                  *Proposed Liaison Counsel*

                                                  **KESSLER TOPAZ
                                                  MELTZER & CHECK, LLP**
                                                  Sean M. Handler
                                                  Naumon A. Amjed
                                                  Ryan T. Degnan
                                                  280 King of Prussia Road
                                                  Radnor, PA 19087
                                                  Telephone: (610) 667-7706
                                                  Facsimile: (610) 667-7056

                                                  *Attorneys for Gus Sekas and Proposed Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2012.

                                            */s/ Norman Rifkind*

                                            Norman Rifkind