UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| FAN ZHANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>  vs.<br><br>GROUPON, INC., et al.,<br><br>                     Defendants. | No. 1:12-cv-02450<br><br>__CLASS ACTION__<br><br>Judge Charles R. Norgle, Sr.<br>Magistrate Judge Nan R. Nolan |
| KATHLEEN ROSELLI, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>  vs.<br><br>GROUPON, INC., et al.,<br><br>                     Defendants. | No. 1:12-cv-02460<br><br>__CLASS ACTION__<br><br>Judge Charles R. Norgle, Sr.<br>Magistrate Judge Nan R. Nolan |

[Caption continued on following page.]

NOTICE OF PRESENTMENT OF THE CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

715336_1

| | |
|---|---|
| DENNIS EINSPAHR, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>GROUPON, INC., et al.,<br><br>       Defendants. | No. 1:12-cv-02547<br><br>CLASS ACTION<br><br>Judge Charles R. Norgle, Sr.<br>Magistrate Judge Nan R. Nolan |
| JOHN PEDROW, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>GROUPON, INC., et al.,<br><br>       Defendants. | No. 1:12-cv-02791<br><br>CLASS ACTION<br><br>Judge Charles R. Norgle, Sr.<br>Magistrate Judge Nan R. Nolan |
| JOHN H. COTTRELL, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>GROUPON, INC., et al.,<br><br>       Defendants. | No. 1:12-cv-03129<br><br>CLASS ACTION<br><br>Judge Charles R. Norgle, Sr.<br>Magistrate Judge Nan R. Nolan |

PLEASE TAKE NOTICE THAT on Friday, June 8, 2012 at 10:30 a.m., or as soon thereafter as counsel may be heard, counsel for the Construction Laborers Pension Trust of Greater St. Louis (the "Pension Trust") shall appear before Judge Norgle or any judge sitting in his stead, in Courtroom 2341 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, and there and then present the Pension Trust's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel, a copy of which is served upon you.

DATED: June 4, 2012

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)


s/ JAMES E. BARZ
JAMES E. BARZ

200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

CAVANAGH & O'HARA
PATRICK J. O'HARA
407 East Adams Street
Springfield, IL 62701
Telephone: 217/544-1771
217/544-9894 (fax)

Additional Counsel for Plaintiff

- 1 -

715336_1

CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 4, 2012.

        s/ JAMES E. BARZ
        JAMES E. BARZ

        ROBBINS GELLER RUDMAN
           & DOWD LLP
        655 West Broadway, Suite 1900
        San Diego, CA 92101-3301
        Telephone: 619/231-1058
        619/231-7423 (fax)

        E-mail: jbarz@rgrdlaw.com

715336_1

# Mailing Information for a Case 1:12-cv-02450

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Allen W Burton**
  aburton@omm.com

- **Elizabeth Abbene Coleman**
  ecoleman@jenner.com,cgioielli@jenner.com,rdepinto@jenner.com

- **Kevin Buckley Duff**
  kduff@rddlaw.net,kpritchard@rddlaw.net

- **Edward N. Moss**
  emoss@omm.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Amelia Susan Newton**
  newton@laskyrifkind.com

- **Michael Rachlis**
  mrachlis@rddlaw.net,kpritchard@rddlaw.net,eteter@rddlaw.net

- **Norman Rifkind**
  rifkind@laskyrifkind.com

- **Marc David Sokol**
  msokol@jenner.com,sdalal@jenner.com,cgioielli@jenner.com,mgarcia@jenner.com,docketing@jenner.com,rdepinto@jenner.com

- **Howard Steven Suskin**
  hsuskin@jenner.com,docketing@jenner.com

- **Anton Ronald Valukas**
  avalukas@jenner.com

- **Heidi E. VonderHeide**
  vonderheide@laskyrifkind.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jonathan           Rosenberg
O'Melveny & Myers
Times Square Tower
7 Times Square
New York, NY 10036
```