# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 2450 | **DATE** | 6/8/2012 |
| **CASE TITLE** | FAN ZHANG, et al. Vs. GROUPON, INC., et al. | | |

**DOCKET ENTRY TEXT**

Case Numbers 12 C 2450, 12 C 2460, 12 C 2547, 12 C 2791 and 12 C 3129 are hereby consolidated for all purposes pursuant to Rule 41(a) as In re Groupon, Inc. Securities Litigation, Master File no. 12 C 2450. The Stipulation and Order Regarding scheduling [Document # 32] which was previously entered in Case No. 12 C 2791 applies to all cases.

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|