

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 2450 | **DATE** | 8/28/2012 |
| **CASE TITLE** | In re Groupon, Inc. Securities Litigation | | |

**DOCKET ENTRY TEXT**

Michael Carter Cohn's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Counsel [76] is granted. Michael Carter Cohn is to serve as lead plaintiff in this action and his selection of Pomerantz Haudek Grossman & Gross LLP as lead counsel is approved.

Gus Sekas's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel [77] is denied. John Pedrow's Motion to Consolidate Related Cases, Appoint Lead Plaintiff and Approve Lead Plaintiffs' Selection of Lead Counsel [85] is denied. The Construction Laborers Pension Trust of Greater St. Louis's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel [88] is denied.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|