# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re GROUPON, INC. SECURITIES LITIGATION | Master File No.: 12 CV 2450 <br><br> <u>CLASS ACTION</u> |
| This Document Relates To <br> ALL CASES | Hon. Charles R. Norgle |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on May 3, 2013 at 10:30 a.m., counsel for Lead Plaintiff Michael Carter Cohn shall appear before the Honorable Charles R. Norgle or any judge sitting in his stead in the courtroom usually occupied by him (Room 2341) of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present Lead Plaintiff's Motion for Leave to File *Instanter* Surreply in Response to New Arguments Raised in Defendants' Motion to Dismiss Reply Briefs, a copy of which motion is filed and served upon you.

Dated: April 26, 2013

**POMERANTZ GROSSMAN HUFFORD**
**DAHLSTROM & GROSS LLP**

/s/ *Louis C. Ludwig*
Patrick V. Dahlstrom
Joshua B. Silverman
Louis C. Ludwig
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Phone: 312-377-1181
Fax: 312-377-1184
pdahlstrom@pomlaw.com
jbsilverman@pomlaw.com
lcludwig@pomlaw.com

**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
Marc I. Gross
Jeremy A. Lieberman
Matthew L. Tuccillo
600 3rd Avenue, 20th Floor
New York, New York 10016
Phone: 212-661-1100
Fax: 212-661-8665

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Dom J. Rizzi
30 North LaSalle Street, Suite 3200
Chicago, Illinois 60602
Phone: 734-769-2144
Fax: 734-769-1207

**BRONSTEIN GEWIRTZ & GROSSMAN LLC**
Peretz Bronstein
Edward N. Gewirtz
Neil D. Grossman
60 East 42nd Street, Suite 4600
New York, New York 10165
Phone: 212-697-6484
Fax: 212-697-7296

*Lead Counsel and Proposed Class Counsel*