**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---------------------------------------------------------------- x
:
In re GROUPON, INC. SECURITIES LITIGATION :
:
: 
: 
: Master File No. 12 C 02450
---------------------------------------------------------------- :
: CLASS ACTION
This Document Relates To :
    ALL CASES : Hon. Charles R. Norgle
:
:
---------------------------------------------------------------- x

**UNDERWRITER DEFENDANTS' RESPONSE TO**
**LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE**
***INSTANTER* SURREPLY AND JOINDER IN GROUPON'S RESPONSE**

The Underwriter Defendants (i) join in Groupon's Response to the Motion for Leave, and (ii) write separately to address the Proposed Surreply's sole argument unique to the Underwriter Defendants (*see* Proposed Surreply at 7–8). The Underwriter Defendants clarify that the Groupon Comment Letter Response was disclosed *to the SEC* on July 14, 2011, more than three months before the November 4, 2011 IPO.

Dated: May 1, 2013                                       Respectfully submitted,

                                                                            /s/ Kevin B. Duff

Jonathan Rosenberg                         Kevin B. Duff
William J. Sushon                           Michael Rachlis
Allen Burton                                      RACHLIS DUFF ADLER & PEEL, LLC
Edward Moss                                     542 South Dearborn Street, Suite 900
O'MELVENY & MYERS LLP          Chicago, IL 60605
7 Times Square                                (312) 733-3950
New York, NY 10036
(212) 326-2000                                 *Attorneys for the Underwriter Defendants*