# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Fan Zhang, et al.

                        Plaintiff,

v.                                        Case No.: 1:12−cv−02450

                                               Honorable Charles R. Norgle Sr.

Groupon, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 2, 2013:

      MINUTE entry before Honorable Charles R. Norgle, Sr: Motion for leave to file surreply instanter [141] is granted. The parties are not required to appear on Friday, May 3, 2013. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.