**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Fan Zhang, et al.
        Plaintiff,

v.              Case No.: 1:12–cv–02450
               Honorable Charles R. Norgle Sr.

Groupon, Inc., et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 9, 2013:

  MINUTE entry before Honorable Charles R. Norgle, Sr: Defendants' Joint Motion Requesting the Court to Consider Their Responses to Plaintiff's Surreply When Adjudicating Their Motions to Dismiss [146] is granted. The parties are not required to appear before the court on Friday, May 10, 2013. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.