# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re GROUPON, INC. SECURITIES LITIGATION | Master File No.: 12 CV 2450 <br><br> <u>CLASS ACTION</u> <br><br><br> Hon. Charles R. Norgle |
| This Document Relates To <br> ALL CASES | |

**AGREED MOTION TO SCHEDULE BRIEFING OF LEAD PLAINTIFF'S
AMENDED MOTION FOR CLASS CERTIFICATION**

Lead Plaintiff Michael Carter Cohn ("Lead Plaintiff"), with the agreement of all Defendants, hereby moves this Court for an order entering the attached Stipulation and [Proposed] Order Regarding Scheduling for Briefing of Lead Plaintiff's Amended Motion for Class Certification. *See* <u>Exhibit A</u> hereto (which has also been submitted electronically pursuant to the Court's procedures regarding proposed orders). The parties agree that there is good cause for entry of the attached stipulation, and that it will not prejudice any party.

WHEREFORE, Lead Plaintiff respectfully requests that this Court enter the attached Stipulation and [Proposed] Order Regarding Scheduling for Briefing of Lead Plaintiff's Amended Motion for Class Certification.

Dated: October 2, 2013

                                                     **POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP**

                                                     /s/ *Louis C. Ludwig*

Patrick V. Dahlstrom
Joshua B. Silverman
Louis C. Ludwig
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Phone: 312-377-1181
Fax: 312-377-1184
pdahlstrom@pomlaw.com
jbsilverman@pomlaw.com
lcludwig@pomlaw.com

**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
Marc I. Gross
Jeremy A. Lieberman
Matthew L. Tuccillo
600 3rd Avenue, 20th Floor
New York, New York 10016
Phone: 212-661-1100
Fax: 212-661-8665

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Dom J. Rizzi
30 North LaSalle Street, Suite 3200
Chicago, Illinois 60602
Phone: 734-769-2144
Fax: 734-769-1207

**BRONSTEIN GEWIRTZ & GROSSMAN LLC**
Peretz Bronstein
Edward N. Gewirtz
Neil D. Grossman
60 East 42nd Street, Suite 4600
New York, New York 10165
Phone: 212-697-6484
Fax: 212-697-7296

*Lead Counsel and Proposed Class Counsel*