# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re GROUPON, INC. SECURITIES LITIGATION | Master File No.: 12 CV 2450 <br><br> <u>CLASS ACTION</u> |
| This Document Relates To <br> ALL CASES | Hon. Charles R. Norgle |

## STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING FOR BRIEFING OF LEAD PLAINTIFF'S AMENDED MOTION FOR CLASS CERTIFICATION

Subject to this Court's approval, the parties have agreed to the following stipulation:

1. The motion for class certification filed by Lead Plaintiff Michael Carter Cohn ("Lead Plaintiff") on September 26, 2013 consistent with *Damasco v. Clearwire Corp.,* 662 F.3d 891 (7th Cir. 2011) (*see* Doc. No. 159) shall be entered and continued. The presentment of said motion previously noticed for October 4, 2013 is hereby withdrawn and no appearance shall be necessary.

2. Lead Plaintiff shall amend and supplement his motion for class certification no later than December 6, 2013.

3. Defendants Groupon, Inc. and Jason Child, Joseph M. Del Preto, Kevin Efrusy, Eric P. Lefkofsky, Theodore J. Leonsis, Andrew D. Mason, Howard Schultz, Morgan Stanley & Co. LLC, Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC (collectively,

"Defendants") shall file their response[s] to Lead Plaintiff's amended class certification motion no later than March 6, 2014.

4. Lead Plaintiff shall file any reply in support of an amended class certification motion no later than April 21, 2014.

5. The parties shall work together to schedule class discovery as necessary to accommodate this schedule. Nothing in this schedule shall prevent any party from commencing class discovery at any time.

6. The parties agree that there is good cause to enter this stipulated schedule, and it will not prejudice any party.

STIPULATED AND AGREED this 2nd day of October 2013:


/s/ Joshua B. Silverman
Patrick V. Dahlstrom
Joshua B. Silverman
Louis C. Ludwig
**Pomerantz Grossman Hufford**
**Dahlstrom & Gross LLP**
10 South LaSalle Street, Ste. 3505
Chicago, Illinois 60603
Tel: (312) 377-1181

*Attorneys for Lead Plaintiff and*
*Proposed Class Counsel*

/s/Howard S. Suskin
Anton R. Valukas (Illinois Bar #2883678)
Elizabeth A. Coleman (Illinois Bar #6236597)
Howard S. Suskin (Illinois Bar #6185999)
Marc D. Sokol (Illinois Bar #6276263)
**Jenner & Block LLP**
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350

*Attorneys for Defendants Groupon Inc.,*
*Andrew D. Mason, Jason E. Child, Joseph M.*
*Del Preto, Eric P. Lefkofsky, Theodore J.*
*Leonsis, Kevin J. Efrusy, and Howard Schultz*


/s/ Kevin B. Duff
Kevin B. Duff
Michael Rachlis
**Rachlis Duff Adler & Peel, LLC**
542 South Dearborn Street
Suite 900


Chicago, IL 60605

Jonathan Rosenberg
Allen W. Burton
Edward N. Moss
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036

*Attorneys for Defendants Morgan Stanley & Co. LLC, Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC*

Case: 1:12-cv-02450 Document #: 161-1 Filed: 10/02/13 Page 4 of 4 PageID #:2488

4

SO ORDERED this \_\_\_\_\_day of _____, 2013

                                                    _____
                                                  Hon. Charles R. Norgle, Sr.
                                                  United States District Judge