## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Fan Zhang, et al.

                        Plaintiff,

v.                                                             Case No.: 1:12−cv−02450
                                                            Honorable Charles R. Norgle Sr.

Groupon, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 24, 2014:

      MINUTE entry before the Honorable Mary M. Rowland:Status set for 2/28/2014 at 10:00 CST. Counsel wishing to appear by telephone should call Chambers at least one day prior to the status at 312−435−5857. Parties should be prepared to report on what discovery is outstanding and to propose dates for its completion. Parties should also be prepared to propose an orderly and efficient discovery plan for the completion of discovery that will include regular status conferences to be held by the Court.Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.